HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

INGENCO HOLDINGS, LLC, et al.,

Plaintiffs,

v.

ACE AMERICAN INSURANCE COMPANY,

Defendant.

CASE NO. C13-543RAJ

MINUTE ORDER

The clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Court Judge.

Beginning on April 16, the parties have filed an avalanche of motions and material in support of those motions. Four of those motions are dispositive motions (cross-motions for summary judgment) that the court authorized in its April 8, 2015 minute order. For administrative purposes only, the court directs the clerk to TERMINATE each of those motions (Dkt. ## 80, 81, 86, 87) and to CREATE A MOTION CALENDAR for May 8 entitled "Dispositive Motion Calendar (all motions filed on or after April 16)".

Defendant also filed a motion for which it obtained no authorization, a motion to strike one of Plaintiffs' expert reports. That is a motion in limine. It does not comply with this District's Local Rules, because there is no indication that Defendant met and conferred with Plaintiffs prior to filing it. Local Rules W.D. Wash. LCR 7(d)(4). The court notes, moreover, that Defendant has, absent a showing of good cause, waived its

MINUTE ORDER – 1

1  opportunity to file additional motions in limine.  LCR 7(d)(4) ("Except upon a showing
2  of good cause, any motions in limine shall be filed as one motion . . . .").  For
3  administrative purposes only, the clerk shall TERMINATE the motion to strike.  Dkt.
4  # 82.  This order does not impact the briefing schedule for that motion, and the court will
5  consider the motion to strike as part of the May 8 motion calendar.  To the extent
6  Plaintiffs' opposition to the motion reveals issues that would have been resolved had
7  Defendant met and conferred before filing the motion to strike, the court will likely
8  impose sanctions.

   The clerk shall also TERMINATE the five motions to seal that the parties have
submitted in conjunction with their recent pleadings.  Dkt. ## 78, 83, 85, 88, 90.  The
court will issue a separate order regarding those motions to seal.  Again, this order is for
administrative purposes only, and it impacts no briefing schedule.  The court will
consider those motions as it will state in its forthcoming order.

   In addition, the court orders that with the exception of motions it has already
explicitly authorized, the parties shall file no motion unless they first obtain leave of
court.  They shall not request leave until they have first met and conferred in a
meaningful effort to resolve the dispute that would be the subject of the motion.  This
order does not apply to stipulated motions or to motions to seal submitted in conjunction
with another authorized motion.

   Finally, the court observes that while the parties have filed hundreds of pages of
documents in conjunction with their filings beginning on April 16, Defendant has filed no
courtesy copies at all and Plaintiffs have provided only courtesy copies of selected
portions of those filings.  That is so despite the requirements of this District's electronic
filing procedures, which require a courtesy copy for any submission whose cumulative
length is more than 50 pages, West. Dist. Wash. Elec. Filing Procedures, § III.G,[1] the

---

[1] http://www.wawd.uscourts.gov/sites/wawd/files/ECFFilingProceduresAmended12.20.12.pdf.

MINUTE ORDER – 2

similar requirements of this court's chambers procedures,[2] and the order to provide courtesy copies contained in the court's minute order setting the trial date and related dates (Dkt. # 41). To the extent they have not done so, the parties shall provide courtesy copies of every submission they have filed beginning on April 16, and they shall do so no later than noon on May 4. If they do not, the court will strike any submission for which it has not received a courtesy copy. The court will summarily strike any future submission that does not comply with courtesy copy requirements.

Dated this 28th day of April, 2015.

WILLIAM M. MCCOOL
Clerk

s/Rhonda Stiles
Deputy Clerk

---

[2] http://www.wawd.uscourts.gov/sites/wawd/files/JonesGeneralMotionsPractice.pdf

MINUTE ORDER – 3