HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INGENCO HOLDINGS, LLC and BIO ENERGY (WASHINGTON), LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>ACE AMERICAN INSURANCE COMPANY,<br><br>    Defendant. | Case No. 2:13-cv-00543-RAJ<br><br>ORDER |

This matter comes before the Court on the Parties' Joint Motion for Leave to File Motions for Partial Summary Judgment. Dkt. # 205. The Parties assert that, following the Ninth Circuit's opinion in *Ingenco Holdings LLC v. ACE American Ins. Co.*, 921 F.3d 803 (9th Cir. 2019), several issues remain. *Id.* To resolve those issues, the Parties suggest filing additional motions for partial summary judgment. *Id.* They also request a telephonic hearing to discuss the briefing schedule for such motions and the Court's "preferred format for addressing th[e remaining] legal issues." *Id.* The Court agrees that this matter would benefit from additional partial summary judgment motions. But it sees no reason to grant the Parties' request for a telephonic hearing; a joint statement would be

ORDER – 1

just as effective. The Court instructs the Parties to submit **a joint statement, no longer than five pages, by November 16, 2020**. That statement should include (1) the issues that the Parties will address in their motions and (2) a stipulated briefing schedule. Of course, if an agreement cannot be reached, the parties should set forth their respective proposals or positions.

For the reasons stated above, the Court **GRANTS in part** and **DENIES in part** the Parties' Joint Motion for Leave to File Motions for Partial Summary Judgment. Dkt. # 205.

DATED this 9th day of November, 2020.

The Honorable Richard A. Jones
United States District Judge

ORDER – 2